**STATE of Missouri, Respondent,**

v.

**Mazola M. LUCKEY, Appellant.**

**No. WD 74537.**

Missouri Court of Appeals,
Western District.

Nov. 6, 2012.

Amy Bartholow, Columbia, MO, for appellant.

John Grantham, Jefferson City, MO, for respondent.

Before: JAMES EDWARD WELSH, C.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Ms. Mazola Luckey appeals the conviction and sentence for unlawful use of a weapon, section 571.030.1(4).[1] Ms. Luckey challenges the sufficiency of the evidence to support the conviction.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

---

1. Statutory references are to RSMo 2000 and the Cumulative Supplement 2010.